# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOSEA CROOMS,**

    **Plaintiff,**

**-vs-**                 Case No. 6:10-cv-438-Orl-31DAB

**CITY OF DAYTONA BEACH RISK MANAGEMENT, AND CITY OF DAYTONA BEACH,**

    **Defendants.**

_____

# ORDER

This cause comes before the Court on Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) filed March 23, 2010.

On March 26, 2010, the United States Magistrate Judge issued a report (Doc. No. 3) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  The Motion for Leave to Proceed in Forma Pauperis is **DENIED**.

3.  The Complaint is **DISMISSED** without prejudice for lack of jurisdiction as stated in the Report and Recommendation. The Plaintiff will have 14 days from the date of this order to file an Amended Complaint accompanied by either the filing fee or a renewed motion to proceed as a pauper. Failure to comply with this order will result in the case being closed without further action.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 13th day of April, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE