# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOSEA CROOMS,**

        **Plaintiff,**

**-vs-**                                                                             **Case No. 6:10-cv-438-Orl-31DAB**

**CITY OF DAYTONA BEACH RISK MANAGEMENT, AND CITY OF DAYTONA BEACH,**

        **Defendants.**

_____

## ORDER

On May 28, 2010, Magistrate Judge Baker entered a Report and Recommendation (Doc. 10), recommending that Plaintiff's Motion to Appear *In Forma Pauperis* (Doc. 9) be DENIED. Plaintiff filed timely objections to the Report (Doc. 11). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. Plaintiff's Motion to Appear *In Forma Pauperis* (Doc. 9) is DENIED, and the Complaint is DISMISSED with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 16, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party